**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KeAnn D.R. Sinclair,

Plaintiff,

v.

Kristina Benysek, et al.,

Defendants.

No. 25-cv-3880 (KMM/DTS)

**ORDER**

---

This matter is before the Court on the Report and Recommendation ("R&R") issued by United States District Judge David T. Schultz on August 14, 2026. (Dkt. 32.) Judge Schultz recommends that Plaintiff KeAnn Sinclair's claims against Defendant Kristina Benysek be dismissed without prejudice under Fed. R. Civ. P. 4(m). Ms. Sinclair had until August 28, 2026 to file objections to the R&R but did not do so. Nor has she filed anything since. The Court has, therefore, reviewed the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on that review, the Court finds no error, clear or otherwise, and adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED THAT**

1. The Report and Recommendation (Dkt. 32) is **ACCEPTED**.
2. All claims against Defendant Kristina Benysek are **DISMISSED WITHOUT PREJUDICE**.
3. This matter is **DISMISSED**.

**Let Judgment be entered accordingly**.

Date: October 1, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Court